UNION IRON WORKS v. SPOTTSWOOD et al.

(Circuit Court of Appeals, Fifth Circuit. March 6, 1906.)

No. 1,505.

Appeal from the District Court of the United States for the Southern District of Alabama.

Harry T. Smith and Gregory L. Smith, for appellant.
H. Pillans, for appellees.

Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. We find that this case was correctly ruled in the District Court (The Nimrod, 141 Fed. 215), and the judgment appealed from is therefore affirmed.